IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2490-AP**

**DIEDRE D. MIHELICH-HERRERA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## **ORDER**

Kane, J.

The Unopposed Motion for Attorney Fee pursuant to the Equal Access to Justice Act, (doc. #15), filed July 16, 2009, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,411.86**.

Dated at Denver, Colorado, this 16th day of July, 2009.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT